IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-cr-423-RMU |
| | ) | |
| JACK THOMAS, | ) | Count One:  18 U.S.C. § 1341 |
| | ) | (Mail Fraud) |
| Defendant. | ) | |
| _____ | ) | |

## ELEMENTS OF OFFENSE

To prove mail fraud, the government must establish that: (1) the defendant knowingly participated in, devised or intended to devise a scheme to defraud or to obtain money or property by false or fraudulent pretenses, representations or promises; (2) that the scheme included a material misrepresentation or concealment of a material fact; (3) that the defendant had the intent to defraud; and (4) that the defendant used the mail or caused another to use the mail in furtherance of the scheme. See 18 U.S.C. § 1341.

```
                FOR THE UNITED STATES


                NOEL L. HILLMAN
                Chief, Public Integrity Section


         By:    _____
                JAMES A. CROWELL IV
                Trial Attorney
                U.S. Department of Justice
                Criminal Division
                Public Integrity Section
                1400 New York Ave., NW
                Washington, DC 20005
                (202) 514-1412
                james.crowell@usdoj.gov
```

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify under penalty of perjury that on this 2nd day of December, 2005, I caused to be served by regular mail a copy of the foregoing filing:

        Dani Jahn, Esq.
        Assistant Federal Public Defender
        Federal Public Defender for the District of Columbia
        625 Indiana Ave. NW, Suite 550
        Washington, DC. 20004

        _____
        JAMES A. CROWELL IV
        Trial Attorney
        U.S. Department of Justice
        Criminal Division
        Public Integrity Section
        10th & Constitution Ave., NW
        Washington, DC 20530
        (202) 514-1412
        james.crowell@usdoj.gov