UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0423 (RMU) |
| | : | |
| JACK THOMAS, | : | **FILED** |
| | : | |
| Defendant. | : | JAN 1 9 2006 |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the defendant's consent motion and for good cause shown therein, it is this 19 day of January 2006,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation to and from the hearing scheduled for Tuesday, January 24, 2006 at 2:30 p.m.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge