CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) Criminal No. 05-0423-01 (RMU) |
| JACK THOMAS | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent: _____
Assistant United States Attorney

Approved: _____
Judge Ricardo M. Urbina
United States District Court Judge