# United States District Court for the District of Columbia

**FILED**
JAN 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

**WAIVER OF INDICTMENT**

**JACK THOMAS**

**CASE NUMBER: 05-0423 (RMU)**

I, **Jack Thomas,** the above named defendant, who is accused of **Mail Fraud, Title 18 United States Code, Sections 1341,** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **January 24, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge