# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### PROBATION OFFICE

RICHARD A. HOUCK, JR.  
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE  
333 CONSTITUTION AVENUE, N.W., SUITE 2800  
WASHINGTON, D.C. 20001-2866  
TELEPHONE (202) 565-1300

February 22, 2006

**FILED**

**MEMORANDUM TO THE HONORABLE RICARDO M. URBINA**

FEB 2 4 2006

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Re:   Jack Thomas  
      Docket No.: CR-05-423  
      Request for Extension of Date for Submission of Presentence Report to Court

On 01/24/2006, Jack Thomas pled guilty to Mail Fraud, 18 USC § 1341. The Court referred the to our office for a presentence investigation on 01/24/2006. Sentencing is scheduled for 08/08/2006.

Under the Court's Sentencing Order, the final presentence report is due to the Court on 03/30/2006, with a draft disclosure date 03/08/2006.

The defendant was released on personal recognizance to reside in Kennesaw, Georgia. In order to obtain information regarding the defendant's residence, it is necessary for our office in Georgia to visit Mr. Thomas' home and conduct other field investigations for our office. In order to provide the Court with an accurate presentence report, and our colleagues in Georgia time to conduct a home visit, I am requesting additional time to file the final presentence report on or before 04/14/2006 resulting in a disclosure date of 03/22/2006. Under LcrR 32.2, this will not require a change of the established sentencing date of 08/08/2006.

**We have discussed this with opposing counsel, and neither have any objection to our request.**



THOMAS, Jack  Page 2
CR-05-423

Should the Court concur with this request, I ask that the due date for the filing of the final presentence report be changed to 04/14/2006.

Respectfully submitted,

UNITED STATES PROBATION OFFICE

Michael J. Penders
United States Probation Officer
(202) 565-1379

Enclosure(s)

Approved by: _____ 2/22/06
Gennine Hagar, Deputy Chief
United States Probation Officer
(202) 565-1336

cc:   Dani Jahn AFPD
      James Crowell AUSA

### ORDER ON REQUEST TO FILE FINAL REPORT WITH THE COURT WITH NO CHANGE IN SENTENCING DATE

1. Extension for additional time to complete presentence report granted ✓

2. Extension for additional time to complete presentence report denied _____

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

3/24/2006
DATE