# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Crim. No.  05-423 (RMU)** |
| | **:** | |
| **JACK THOMAS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

Mr. Jack Thomas, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing in this case which is presently scheduled for August 8, 2006 at 1:30 p.m.  In support of this motion, counsel states:

On January 24, 2006, Mr. Thomas pled guilty to a One Count, Information charging him with Mail Fraud in violation of 18 U.S.C. § 1341.  On that same date, Mr. Thomas was released on his personal recognizance by this Court and allowed to reside at his home in Kennesaw, Georgia.  Further, Mr. Thomas was instructed to contact D.C. Pretrial Services three days week via telephone and he has been in full compliance with his release conditions since his appearance on January 24, 2006.

In order to adequately prepare for sentencing in this case, undersigned counsel had intended to travel to Kennesaw, Georgia, on June 28, 2006, in an effort to interview family members, co-workers, and friends.  Unfortunately however, Mr. Thomas' father in-law passed away just a few days prior to the scheduled visit and Mr. Thomas was unavailable to meet with undersigned counsel that week due to family related obligations and funeral preparations. Undersigned counsel attempted to re-schedule the visit soon thereafter, however, due to

scheduling conflicts that was unattainable.  Further, undersigned counsel will be attending a trial

advocacy seminar in Laramie, Wyoming beginning July 8, 2006 and will not return until July 20,

2006.  In light of these unfortunate events and scheduling conflicts, undersigned counsel will be

unable to travel to Georgia in order to adequately prepare for sentencing until sometime in early

August.  Therefore, Mr. Thomas requests that the sentencing hearing scheduled for August, 8,

2006 be re-scheduled.

On the behalf of the Defendant, and in the interest of justice, undersigned counsel

requests that the sentencing in this matter be continued for at least thirty days beyond the date in

which he is currently scheduled.  Further, the government, per Trial Attorney, James Crowell,

does not oppose this request.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be

granted.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500