UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 05-423 (RMU)** |
| : | |
| **JACK THOMAS,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing Hearing, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the sentencing in this matter is rescheduled for _____, 2006 at __:___ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

James Crowell
1400 New York Ave., N.W., Ste. 12100
Washington, D.C. 20530