UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Action No.: 05-0423 (RMU) |
| | : |
| JACK THOMAS, | : |
| | : |
| Defendant. | : |

### ORDER

Upon consideration of the defendant's unopposed motion to continue the sentencing date and for good cause shown therein, it is this 11th day of July 2006, hereby

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for August 8, 2006 is **CONTINUED** until Thursday, October 26, 2006, at 1:30 p.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge