UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.  05-423 (RMU) |
| | : | |
| **JACK THOMAS,** | : | |
| | : | |
| **Defendant.** | : | |

**DEFENDANTS' UNOPPOSED MOTION FOR PAYMENT OF
TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285**

Jack Thomas, through counsel, hereby moves this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring Mr. Thomas from his home in Kennesaw, Georgia, to the sentencing hearing in the above captioned case, and to return him home at the conclusion of the hearing.  Government counsel was contacted and indicated that they do not oppose this motion.

Mr. Thomas has previously been determined to be financially indigent and to qualify for court appointed counsel.  Mr. Thomas appeared before this Court for a plea hearing on January 24, 2006.  After the plea hearing, Mr. Thomas was released on his personal recognizance with the conditions that he reside in Kennesaw, Georgia; work at Elite Ambulance Service; and that he contact D.C. Pretrial Services three times a week via telephone.  He has been in full compliance with his release conditions.

Pursuant to 18 U.S.C. § 4285, this statute provides that this Court may

> direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is

required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Accordingly, Mr. Thomas respectfully requests that the Court enter the attached Order directing the marshal to make appropriate arrangements to facilitate his appearance in court for the sentencing hearing on Thursday, October 26, 2006 at 1:30 p.m. and his return to Georgia after his appearance.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


  /s/
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500