UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.  05-423 (RMU) |
| | : | |
| **JACK THOMAS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Good cause having been shown, it is this _____ day of _____, 2006,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation to and from the sentencing hearing scheduled for Thursday, October 26, 2006 at 1:30 p.m.

THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE


James Crowell IV
Public Integrity Section
1400 New York Ave., NW, Ste. 12100
Washington, D.C.  20005

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

United States Marshal's Service
Prisoner Services Section