UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0423 (RMU) |
| : | |
| JACK THOMAS, : | Document No.: 17 |
| : | |
| Defendant. : | |

**ORDER**

FILED

SEP 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the defendant's unopposed motion and for good cause shown therein, it is this 29th day of September 2006, hereby

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation to and from the sentencing hearing scheduled for Thursday, October 26, 2006 at 1:30 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge