```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          v.                   )   Criminal No. 05-cr-423-RMU
                               )
JACK THOMAS,                   )
                               )
     Defendant.                )
_____)
```

## GOVERNMENT'S SENTENCING STATEMENT

COMES NOW the United States of America, by and through its undersigned counsel, and, consistent with the terms of the Defendant's plea agreement, hereby moves the Court for a 2-level reduction in the Defendant's applicable guideline range pursuant to U.S.S.G. § 3E1.1(a), yielding a net offense level of 13 and a guideline range of 12 to 18 months imprisonment.

The Government has reviewed the Pre-sentence Investigation Report prepared by the United States Probation Office and has found no factual inaccuracies contained therein.  Further, the Government agrees with the sentencing guidelines calculations contained in the report.

Respectfully Submitted,

DATED: October 17, 2006.

EDWARD C. NUCCI
Chief, Public Integrity Section


/s/ James Crowell_____
JAMES A. CROWELL IV
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW
Suite 12100
Washington, DC 20005
(202) 514-1412
james.crowell@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify under penalty of perjury that on this 17th day of October, 2006, I caused to be served by Federal Express a true and correct copy of the foregoing filing on counsel for the Defendant at the following address:

> Dani Jahn, Esq.
> Assistant Federal Public Defender
> Federal Public Defender for the
>     District of Columbia
> 625 Indiana Ave. NW, Suite 550
> Washington, DC. 20004

> /s/ James Crowell_____
> JAMES A. CROWELL IV
> Trial Attorney
> U.S. Department of Justice
> Criminal Division
> Public Integrity Section
> 1400 New York Ave., NW
> Suite 12100
> Washington, DC 20005
> (202) 514-1412
> james.crowell@usdoj.gov