EXHIBIT

SENTENCING VIDEO