HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT ho JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0423</u> |
|---|---|---|
| vs. | : | SSN: |
| Thomas, Jack | : | Disclosure Date: <u>March 22, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                      **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Jack Thomas/DCJ*  3/31/06          *Harin Jahn*  3/31/06
**Defendant**         **Date**              **Defense Counsel**  **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 5, 2006</u>, to U.S. Probation Officer **Michael Penders**, telephone number (202) 565-1379, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

March 31, 2006

Michael Penders
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

          **Re:**    **United States v. Jack Thomas**
                **Criminal No.: 05-423 (RMU)**

Dear Mr. Penders:

      Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated March 22, 2006.

## Objections and Comments

      1.    Mr. Thomas requests that his date of birth on Page 2 of the Presentence Report in addition to Paragraph 32 on Page 6 of the Presentence Report be modified to reflect his accurate date of birth as June 21, 1965.

      2.    Mr. Thomas requests that Paragraphs 47, 48, and 49 on Pages 10-11 of the Presentence Report be modified to reflect that the Probation office has now received the packet of information including a copy of his credit report and various other financial documents that are relevant to this portion of the Presentence Report.

      3.    Mr. Thomas objects to Paragraph 69 on Page 13 of the Presentence Report. Mr. Thomas submits that a downward departure may be warranted under U.S.S.G. § 5K2.0 and § 5K2.20 Aberrant Behavior.

      Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

*Dani Jahn*

Dani Jahn
Assistant Federal Public Defender

cc:  James Crowell, Esq.
      1400 New York Ave., N.W.
      Suite 12100
      Washington, D.C. 20530