*Return Copy*

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D. C. 20001

December 29, 2006

RE: Jack Thomas
Criminal Case No. 05-423-01 (RMU)

U.S. District Court for the
Northern District of Georgia
75 Spring Street, S.W.
Atlanta, Georgia 30303-3309

**FILED**
JAN 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN 0 8 2007
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Dear Clerk,

Pursuant to Title 18 USC Section 3605, I am forwarding herewith a certified copy of the Information, Waiver of Indictment, Judgment and Commitment Order, Transfer of Jurisdiction of Probation and docket sheet.

Please acknowledge receipt of the enclosed copy of the letter and include the case number that was assigned to your court.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JAN 10 2007
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

**1:07 CR 014 - CC**

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By _____